UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARK ANDY, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:13CV2150 CDP |
| | ) |
| HEAT TECHNOLOGIES, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before me on defendants' motion to transfer this case to the Northern District of Georgia.  On January 10, 2014, plaintiff filed a memorandum notifying the Court that the Georgia case has been settled.  Defendants argued that this case should be transferred to Georgia because of this prior pending action.  Now that it has settled, it appears that defendants' motion to transfer is moot.  I would like defendants to file a memorandum either notifying the Court that the motion to transfer is now moot or explaining why they are still seeking transfer despite the settlement of the Georgia action.

Accordingly,

**IT IS HEREBY ORDERED** that defendants shall file a memorandum in compliance with this Memorandum and Order by January 16, 2014.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 14th day of January, 2014.